## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| AMBER ROSHTO, | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 3:10-cv-00174-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| Defendant. | * |

### ORDER

Before the Court is Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. After careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees in the amount of $1,371.62 (5.75 attorney hours at $175.00, 4.65 paralegal hours at $75.00, and $16.62 in expenses).

2. The award of EAJA fees shall be paid directly to Plaintiff's counsel subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 13th day of September, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1